UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGEL R. PEREZ,<br><br>   Petitioner,<br><br> v.<br><br>CLARK E. DUCART,<br><br>   Respondent. | Case No. 15-CV-02010-LHK<br><br>**ORDER FOR RESPONDENT TO FILE CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION, AND FOR PETITIONER'S COUNSEL TO COMPLY WITH CLERK'S NOTICE** |

On May 5, 2015, Petitioner filed a statement consenting to proceed in this action before a United States Magistrate Judge. ECF No. 2. Respondent has yet to file a consent or declination statement. Accordingly, the Court hereby ORDERS Respondent to file a statement by June 18, 2015, indicating whether or not Respondent consents to proceed in this action before a United States Magistrate Judge. In addition, the Court hereby ORDERS Petitioner's counsel to comply with the Clerk's Notice filed on May 6, 2015. ECF No. 3.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-02010-LHK
ORDER FOR RESPONDENT TO FILE CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION, AND FOR PETITIONER'S COUNSEL TO COMPLY WITH CLERK'S NOTICE