UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ANGEL R. PEREZ,<br><br>   Petitioner,<br><br> v.<br><br>CLARK E. DUCART,<br><br>   Respondent. | Case No. 15-CV-02010-LHK<br><br>**ORDER TO FILE CONSOLIDATED HABEAS PETITION** |

On May 5, 2015, Petitioner Angel R. Perez ("Petitioner"), represented by counsel, filed a single-claim Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 challenging his detention at the Pelican Bay State Prison in Crescent City, California. ECF No. 1. On August 20, 2015, Petitioner filed an Amended Petition for Writ of Habeas Corpus, which purported to "add[]" a second claim for ineffective assistance of counsel. ECF No. 5.

To assist the Court in reviewing Petitioner's claim(s), the Court hereby ORDERS Petitioner to file one, consolidated Petition for Writ of Habeas Corpus by September 4, 2015.

**IT IS SO ORDERED.**

Dated: August 28, 2015

                _____
                LUCY H. KOH
                United States District Judge