UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGEL R. PEREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CLARK E. DUCART,<br><br>　　　　　Respondent. | Case No. 15-CV-02010-LHK<br><br>**RECUSAL ORDER** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case. The matter is hereby referred to the Executive Committee for reassignment to another United States District Judge for all further proceedings. All pending deadlines are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: September 8, 2015

　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Case No. 15-CV-02010-LHK
RECUSAL ORDER

1